# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| CARTER REED,<br><br>      Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; MONEYLION; AND TRANS UNION LLC<br><br>      Defendant. | **Case No.:** 4:22-cv-00352-ALM |

### ORDER GRANTING STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.

Before the Court is the parties' stipulation of dismissal without prejudice of Defendant Experian Information Solutions, Inc. After careful review, and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED**.

The above-entitled matter is hereby dismissed without prejudice, as to Experian Information Solutions, Inc.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**

SIGNED this 23rd day of September, 2022.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE